UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LUIS MEDRANO, a/k/a "Michael Penna"

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Luis Medrano, a/k/a "Michael Penna"**, DOB ████, SBI # 981339B, is now confined at the **Hudson County Jail**

2. Said individual will be required at 50 Walnut Street, Newark, New Jersey, before the Hon. William H. Walls, U.S. District Judge, on Wednesday, November 9, 2011, at 9:30 a.m., for an **Arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 26, 2011

/s/ Andrew S. Pak
Andrew S. Pak
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: October 26, 2011

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Hudson County Jail**:
WE COMMAND YOU that you have the body of

**Luis Medrano, a/k/a "Michael Penna"**, DOB ████, SBI # 981339B

now confined at the **Hudson County Jail**, brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the courthouse at 50 Walnut Street, Newark, on Wednesday, November 9, 2011 at 9:30 a.m., in civilian clothes, so that he may have an **Arraignment** the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey.

DATED: October 26, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk