PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis Medrano                     Cr.: 11-00615-001
                                                   PACTS #: 62682

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2012

Original Offense: 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment, Substance Abuse Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/09/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 13, 2017, the offender tested positive for the use of oxycodone and cocaine. |

U.S. Probation Officer Action:

The probation office secured the special condition for substance abuse treatment and Medrano was referred to a program. Transportation to that program made it unrealistic for the offender to attend. A special condition for mental health treatment was subsequently secured and Medrano has been referred to Jersey City Medical Center for both substance abuse and mental health treatment.

Respectfully submitted,

By: Donna W. Davenport
    *Luis R. Gonzalez 2018.02.23 10:10:48*
Senior U.S. Probation Officer
Date: 02/22/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☒ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

14 March 2018
_____
Date